| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#<br>DATE FILED: 4/1/10 |

------------------------------------------------ x

UNITED STATES OF AMERICA,　　　　　　　　　　:

　　　　　　　　　Plaintiff,　　　　　　　　　　　:　　10 Civ. 2623 (BSJ) (AJP)

　　　　　-against-　　　　　　　　　　　　　　　:　　**ORDER**

IRVIN COFFEE,　　　　　　　　　　　　　　　　:

　　　　　　　　　Defendant.　　　　　　　　　　:

------------------------------------------------ x

**ANDREW J. PECK, United States Magistrate Judge:**

　　　　This case has been referred to me by Judge Jones for general pretrial purposes.

　　　　The parties are advised to provide my chambers with a courtesy copy of all papers hereafter filed with the Court in this matter.

　　　　As soon as defendant has responded to the complaint or counsel for defendant has appeared, whichever first occurs, the parties shall call my secretary (at 212-805-0036) to schedule the Initial Pretrial Conference. If defendant does not timely appear after being served, plaintiff shall promptly move for a default judgment.

　　　　Plaintiff is to serve this Order on defendant or defendant's counsel.

　　　　The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is enclosed.

　　　　SO ORDERED.

DATED:　　New York, New York
　　　　　April 1, 2010

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Andrew J. Peck
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Copies **by fax & ECF** to:　　Kathleen A. Zebrowski, Esq.
　　　　　　　　　　　　　　　　Judge Barbara S. Jones

C:\ORD\Referral Notice